IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

ERIC E. BELL SR. #51090 )
(full name) (Register No). )
_____ )
_____ )
     Plaintiff(s).        )
                          )
v.                        )  Case No._____
                          )
KANSAS City, Mo. Police Dept.,)
(Full name)               )
Et al.                    )
_____   )
     Defendant(s).

**COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983**

I. Place of present confinement of plaintiff(s): Norton Correctional Facility, P.O. Box 546 Norton, Kansas 67654

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

   A. Plaintiff ERIC E. Bell sr.        Register No. 51090
      Address _____

   B. Defendant Police Office Eric Stucker, P.O. Dain T. Apple #142, P.O. Aaron L. Bryant #115. Polic Chief, P. commissioner
      Is employed as " Kansas City, Mo. Police

   For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes **X** No \_\_\_\_

IV. Do you request a jury trial? Yes **X** No \_\_\_\_

V. Do you request money damages? Yes **X** No \_\_\_\_

State the amount claimed? $ **100,000** / _____ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes **X** No \_\_\_

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes **X** No \_\_\_\_

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes \_\_\_\_ No **X**

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
**N.A**

D. If you have not filed a grievance, state the reasons.
**Because my "unlawful Tazering" happen'd in another state, by the "Kansas City, Mo. Police Department"**

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes \_\_\_\_ No **X**

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes \_\_\_\_ No **X**

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____**N.A.**_____
   (Plaintiff)         (Defendant)
(2) Date filed: _____**N.A.**_____

2

(3) Court where filed: _N.A._

(4) Case Number and citation: _N.A._

(5) Basic claim made: _N.A._

(6) Date of disposition: _N.A._

(7) Disposition: _N.A._
(Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _N.A._
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Defendant Police Officer, Eric Stucker, Reporting Officer #4673, violated Plaintiffs 8th and 14th Amendment, by assisting or witnessing use of excessive force and "Unlawful Tazering" of Plaintiff. Two other officers has violated plaintiffs rights in the same manner. P.O. Doin T. Apple #142 & Aaron L. Bryant #115. Also, The Kansas City, Mo. Police Chief and Commissioner, is responsible under § 1983, because plaintiff was "Unlawfully Tazered" officer's under there supervision. Also the fact that the "Chief and Commissioner, failed to intervene for over a year.
another page

B. State briefly your legal theory or cite appropriate authority:
I allege that the following of my "Constitutional Right privileges or immunities have been violated and that the following facts form the basis of my allegation: my 8th and 14th Amendment has been violated by way of "Cruel and Unsual Punishments inflicted. The Kansas City, Mo. Police Dept., et al. violated Plaintiffs Constitutional Rights" by way of "Use of excessive force on a prisoner. Also, by way of being dishonest
another page

3

Case 4:08-cv-00456-HFS   Document 5   Filed 06/27/08   Page 3 of 6

①

<u>Continuance of Statement of Claim: IX. A.</u>

Also a "Constitutional Right violation" by its "Police Officers" to go unchallenged for a year., ⟨6-24-07 to 6-21-08⟩ the date "Plaintiff" is writting Facts.

On 6-24-07 I was in a police chase, The police chase lasted for 45min. The police chase was "Discontinued" by "The Kansas City, Mo. Police Department" By deploying stop sticks at "Truman & Benton, Kansas City, Mo." At this point I was surrounded by "The Kansas City, Mo. Police Department of Jackson County". While plaintiff was sitting in his truck" Following Orders and Commands, Given by "The Kansas City, Mo. Police Department." Plaintiff was "Unlawfully Tazer'd".

The Orders and Commands where as Follows:
1.) Place your "Truck" in park! which I Follow'd;
2.) Turn your Engine off; which I Follow'd;
3.) Place your hands in the "Air", which I Further Follow'd.

More over, while I was Following the "Kansas City, Mo. Police, Officer's orders and Commands; while plaintiffs hands where in the "Air", while sitting in my "Truck". Plaintiff was "Unlawfully Tazer'd". Basicly, I was "Tazer'd" For Following orders and Commands, Also Missouri Laws. The Unlawful Tazering, Can be view'd on complete Coverage of "D.V. D", Recorded By "Metor Area New Stations". The Following News Stations, are "Channel 4, Channel 9, Channel 5, Basicly all "Metor Area News Stations. Further, one "News Station Reporter", was directly behind my "Truck" "Recording" The Complete Coverage". The Kansas City, Mo. Police

Dash Cam, was behind My "Truck As WELL". After the discontinuing of "My Unlawful Tazering" of 3 times by One of "Three Officers" or more. J was having chest and heart pains. So J was transported to "St. Lukes Hospital 4401 Wornall Road, Kansas City, Mo. By Kansas city, Mo. MAST Ambulance. While Plaintiff was in the "St. Lukes <E.R.> J was having a "Abnormal E.C.G." One Hour later, plaintiff was "Addmitted" for further viewing over night.

### Continuance of Appropriate Authority:

With "The Police Department," in connection with "Reporting Unlawful Tasering". By way of failing to complete a "Use of Force Form" and "Injury Report Form" in violation of "The Kansas City, Mo. Police Department Policies and Procedures, Plus Eric Stucker, doesn't state that plaintiff was "Tazer'd" in his "Police Report." See; Kendrick v. Board of Police Commissioner, WD 52797, Court of Appeals of Missouri, Western District, 945, S.W. 2d 649, 1997 Mo. App. Lexis 948, May 27, 1997.
There is substantial and competent evidence that "Defendants violated" "Department Polices." which clearly provides evidence that "The Kansas City, Mo. Police Department" was and did hide the fact that "Plaintiff" was "Unlawfully Tazer'd" From there "Chief and Police Commissioner".

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

I want "Justus" For my "Unlawful Tazering", I want award OF damages against defendants a city and various officials and officers, Pursuant to 42 U.S.C. S § 1983

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N.A.

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes X No____

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
LAW OFFICES, Rubins, KASE Hoger, Cambiano & Bryant; 9237 Ward Park way, Suite 330 Kansas City, Missouri 64114

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes____ No X

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 22 day of JUNE 2008

Eric E. Bell Sr. # 51090
Signature(s) of Plaintiff(s)

4